UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL REGISTER             JURY TRIAL DEMANDED

v.             CASE NO. 3:07CV

GARY J. GREENE

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692.

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331, § 1367.

3. Plaintiff is a natural person who resides in Connecticut.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. Defendant violated the FDCPA in connection with collection efforts seeking payment from plaintiff on behalf of Wells Fargo.

7. Defendant did not provide the notices required by 15 U.S.C. § 1692g.

8. Defendant misrepresented the character, amount, or legal status of the account when he placed a lien on plaintiff's property in October 2007.

9. Defendant continued efforts to collect without responding to a validation request dated October 26, 2007.

10. In the collection efforts, defendant violated the FDCPA, *inter alia*, § 1692e, -f, or -g.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for communication and from defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

THE PLAINTIFF

BY __/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 AVON STREET
NEW HAVEN, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net
